COMMONWEALTH *vs.* CHARLES G. AVERETT. February 24, 1975. We do not consider the defendant's claim concerning the alleged exclusion of "paupers" from the grand jury which indicted him on May 8, 1972, because the defendant made no attempt to prove any such exclusion as matter of fact. See *Commonwealth* v. *Stone,* 366 Mass. 506, 509-510 (1974), and cases cited. We do not consider the sufficiency of the evidence to convict on either indictment because no such question was raised below.

*Exceptions overruled.*

*Malvine Nathanson* for the defendant.
*Sandra Lee Hamlin,* Assistant District Attorney, for the Commonwealth.